IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TODD M. KEENE, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-CV-302 (MTT) |
| | * |
| PICKARD SALES COMPANY, INC., d/b/a MIDSTATE RV CENTER, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk